The People of the State of New York, Respondent, 
against
Robert Pacini, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Ann E. Scherzer, J.), rendered May 12, 2017, after a jury trial, convicting him of criminal contempt in the second degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Ann E. Scherzer, J.), rendered May 12, 2017, affirmed.
By failing to make even generalized objections or request further relief after the court took curative action, defendant failed to preserve his challenges to the prosecutor's summation, and we decline to review them in the interest of justice. As an alternative holding, we find no basis for reversal. The bulk of the challenged remarks were either fair response to defense counsel's arguments on summation or fair comment on the evidence, and any improprieties were not so egregious as to deprive defendant of a fair trial (see People v Garland, 155 AD3d 527, 529 [2017], affd 32 NY3d 1094 [2018]; People v Feola, 154 AD3d 638, 639 [2017], lv denied 31 NY3d 1013 [2018]), and the court's curative instruction was sufficient to prevent any prejudice (see People v Overlee, 236 AD2d 133 [1997], appeal denied 91 NY2d 976 [1998]). Nor could the prosecutor's comments be perceived as vouching for the credibility of the complainant since those remarks were a permissible comment on a matter of credibility, and the prosecutor did not become an unsworn witness (see People v Ringer, 90 AD3d 439, 439-440 [2011], lv denied 18 NY3d 927 [2012]; People v Massie, 305 AD2d 116, 117 [2003], affd 2 NY3d 179 [2004]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
 
Decision Date: March 18, 2019